UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT W. ELLIOTT,

Petitioner,

v.

E.K. MCDANIEL, *et al.*,

Respondents.

Case No. 3:11-cv-00041-MMD-CBC

ORDER

Robert W. Elliott's counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is before the court on several motions to extend time by both parties. Good cause appearing, it is therefore ordered that Petitioner's first, second, third and fourth motions for extension of time to file an amended petition (ECF Nos. 44, 46, 47, and 48) are all granted *nunc pro tunc*.

It is further ordered that Respondents' first and second motions for extension of time to file an answer to the amended petition (ECF Nos. 53 and 54) are both granted. Respondents shall file their answer on or before September 13, 2018.

DATED THIS 7th day of September 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE