UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT W. ELLIOTT, | Case No. 3:11-cv-00041-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| E.K. MCDANIEL, *et al.*, | |
| Respondents. | |

Robert W. Elliott's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is before the court on several motions to extend time by both parties. The Court finds that good cause exists to grant the motions.

It is therefore ordered that Respondents' third and fourth motions for extension of time to file a responsive pleading (ECF Nos. 57, 59) are both granted *nunc pro tunc*.

It is further ordered that Petitioner's first and second motions for extension of time to file an opposition to the motion to dismiss (ECF Nos. 64, 65) are both granted *nunc pro tunc*.

It is further ordered that Respondents' unopposed motion for extension of time to file a reply in support of their motion to dismiss (ECF No. 68) is granted. Respondents must file their reply on or before July 5, 2019.

DATED THIS 30th day of May 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE