# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT W. ELLIOTT,<br><br>                    Petitioner,<br>    v.<br>E.K. MCDANIEL, *et al.*,<br><br>                    Respondents. | Case No. 3:11-cv-00041-MMD-CLB<br><br>ORDER |

Robert W. Elliott's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is before the Court on motions to extend time by both parties. The Court finds that good cause exists to grant the motions.

It is therefore ordered that Respondents' first and second motions for extension of time to file an answer (ECF Nos. 76, 77) are both granted *nunc pro tunc*.

It is further ordered that Petitioner's motion for extension of time to file a reply in support of the petition (ECF No. 79) is granted. Petitioner must file his reply on or before May 1, 2020.

DATED THIS 6th day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE