UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT W. ELLIOTT,<br><br>　　　　　Petitioner,<br>　　v.<br>E.K. MCDANIEL, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:11-cv-00041-MMD-CLB<br><br>ORDER |

Robert W. Elliott's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is before the court on Petitioner's motions to extend time. (ECF Nos. 82, 83.) The Court finds good cause exists to grant the motions.

It is therefore ordered that Petitioner's second motion for extension of time to file a reply in support of the petition (ECF No. 82) is granted *nunc pro tunc*.

It is further ordered that Petitioner's third motion for extension of time to file a reply in support of the petition (ECF No. 83) is granted. Petitioner must file his reply on or before June 15, 2020.

DATED THIS 4th day of June 2020.

_____
MIRANDA M. DU, CHIEF JUDGE
UNITED STATES DISTRICT COURT